

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2019

No. 04-19-00397-CV

**IN RE X.J.F.**

From the County Court, Atascosa County, Texas
Trial Court No. 16-08-0720-CVA
Honorable Lynn Ellison, Judge Presiding

# O R D E R

The trial court signed a final judgment on February 21, 2019. Appellant filed a timely motion for new trial on March 22, 2019. Therefore, the notice of appeal was due to be filed on May 22, 2019. *See* TEX. R. APP. P. 26.1(a). A motion for extension of time to file the notice of appeal was due on June 6, 2019. *See* TEX. R. APP. P. 26.3. Although appellant filed a notice of appeal within the fifteen-day grace period allowed by Rule 26.3, he did not file a motion for extension of time.[1]

A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time. *See Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) (construing the predecessor to Rule 26). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C).

It is therefore ORDERED that appellant file, within fifteen days from the date of this order, a response presenting a reasonable explanation for failing to file the notice of appeal in a timely manner. If appellant fails to respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). All other appellate deadlines are suspended until further order of this court.

_____
Rebeca C. Martinez, Justice

---

[1] Appellant also filed an amended notice of appeal, seeking to appeal from the trial court's denial of appellant's motion for new trial; however, only the portion of that order that enters a new judgment on attorney's fees is appealable. *See Fain v. Georgen*, 03-17-00313-CV, 2017 WL 4766654, at *2 (Tex. App.—Austin Oct. 19, 2017, no pet.) (explaining that a motion for new trial is not independently appealable).

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2019.



Keith E. Hottle,
Clerk of Court